UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MAIROBY HERNANDEZ, Individually, and : Case No.: 1:22-cv-09117-PAE-OTW
On Behalf of All Others Similarly Situated, :

                             Plaintiff, :
  vs.                               : **NOTICE OF VOLUNTARY DISMISSAL**

GREEN SHEEP, INC., :

                             Defendant. :
-----------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mairoby Hernandez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Green Sheep, Inc.

DATED:  January 27, 2023        **MIZRAHI KROUB LLP**

                                                  /s/ Edward Y. Kroub
                                                EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*